# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

Nick Cornett,

    Plaintiff,

vs.

D. Scott Carruthers, A Professional Law Corporation,

    Defendant.

Case No.: 2:19-cv-00022-WBS-EFB

**ORDER**

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: August 2, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE